Robert D. Bowen
219666 E1-202
601 Justice Way
Chattanooga, TN

RECEIVED
JAN 29 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Clerk of Court,

    I know that you are Not suppose to give legal advice. However, I hope you can help me with a few questions and send me some information relating to my questions. Most of these will pertain to the statute of limitations, and what do I need to do in order to proceed with filing my case(s) situation.

    First, Hamilton County Sheriff's office, served a warrant at a friend's home for me. There are issues that should make the warrant invalid. However, the are taking their time to process this case. He is being charged with helping me, but he did no such thing. And he does not know anything about my past, before I came to Tennessee. He want to sue them for using excessive force and the destruction that occurred to his home. He has been told that he has to have the charges aquitted and file before a year of the incident laps. Is this true? Is there not any justice that he can pursue?

    They have me in the Hamilton County Jail and Detention Center. The year is almost upon us. If I would of taken the "Plead Deal" I

could of went home on Dec 8, 2025. I am not taking a deal that I will not be found guilty of. God tells us that the truth will set you free. They waisted eight (8) months, try to have my case go federal. The Federal agency declined in to pursue it. Now, I have been waiting on the state, for the last three (3) months.

I think I have a case against the Hamilton County DA, using officers to infringe on my "Freedom of Speach". I should also be able to have a case against the arresting officers, for excessive force and what they did while I was handcuffed. Last, a case against the Hamilton County Jail and Detention Center, for incidents that has occurred while in custody. This includes "Freedom of Religion", excessive force, not following their own rules and respecting our rights to have warmth and dry cell and etc. I have been filing my request and grievances to help keep a record. When we asked to have the heat turned up, the next morning they ransacked the housing unit collecting blankets, that people were trying to stay warm with. Right now I have "Black Mold" growing on the wall of the cell. The condensation drips from the ceiling and windows. The sink/toilet is not fixed correctly, and I can go on like the puddle under my bunk.

Well, back to the point of this letter, sorry to wonder off. With all this going on, there ought to be something that I can do. When would be my deadline for filing and/or could I file for something to give me more time to file? I do not think

that people should be subjected to these kinds of conditions. Especially, if they have not been found guilty or causing problems.

I would appreciate any and all information that you can send me. I am ready to go home, but I still do not have a court date, and waiting on the state grand jury. I miss my dog and walking in the woods. I mean Christmas here was a nightmare. I had to watch how the Hamilton County Jail and Detention Center mishandle a medical situation. Jeshawn C. Brazell had returned from suicide watch on Dec. 23, 2025. When he tried on Christmas, with the help of this facility, he succeeded. The personnel laughed and said he was faking. They gave him a steaming "Hot" shower and placed him naked on the floor with his mat. Then they all left. When they returned later and his body done released his bowels. At this time they made it look like they did stuff.

God Bless You and Yours,

Robert Bowen

Robert Bowen
EI-202
601- Justice Way
Chattanooga, TN 37421

CHATTANOOGA TN 373

28 JAN 2026 AM1 L

FOREVER / USA

This letter [illegible]
in [illegible]
Sheriff's Office is [illegible]
for the contents of this letter.

Clerk of Court
United States District Court
Chattanooga Division
900 Georgia Avenue
Chattanooga, 37402-2293R1 [illegible]